IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>ALEJANDRO A. QUEZADA-DE-LA-CRUZ<br>Defendant | CRIMINAL 05-0174CCC |

# O R D E R

The Statement of Objection to Pre-Sentence Report filed by defendant Alejandro Quezada De la Cruz on January 10, 2006 (**docket entry 27**) is NOTED but MOOT, since the requested downward adjustment of two (2) levels under U.S.S.G. 3B1.2(b) has been included in the Pre-Sentence Report filed on January 24, 2006 (**docket entry 28**).

SO ORDERED.

At San Juan, Puerto Rico, on January 31, 2006.

S/CARMEN CONSUELO CEREZO
United States District Judge